UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH KEETON** | § | Docket No. 2:23-cv-04501 |
| | § | |
| **Versus** | § | |
| | § | Judge: SUSIE MORGAN |
| | § | |
| **AMERICAN NATIONAL** | § | |
| **INSURANCE COMPANY** | § | Magistrate Judge: JANIS VAN |
| | § | MEERVELD |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, Joseph Keeton, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed undersigned counsel that they do not wish to pursue the

claim any further. On October 7th, 2023, Galindo Law sent a dismissal letter to Plaintiff. As of that date, no communication has been made with Plaintiff.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**